December 19, 2008

Mr. Wesson H. Tribble
Tribble & Sanders
3050 Post Oak Blvd., Suite 1350
Houston, TX 77056
Mr. Otto D. Hewitt III
Hewitt Law Firm
1600 E. Highway 6, Suite 330
Alvin, TX 77511

RE: Case Number: 06-0987
 Court of Appeals Number: 01-04-01168-CV
 Trial Court Number: 2002-08501

Style: UNITED STATES FIDELITY AND GUARANTY COMPANY
 v.
 LOUIS GOUDEAU

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Alton C. Todd |
| |Mr. Charles Bacarisse |
| |Ms. M. Karinne |
| |McCullough |
| |Mr. David W. Holman |